UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-22115-CMA

WINDY LUCIUS,

    Plaintiff,

v.

UBREAKIFIX CO,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff Windy Lucius ("Plaintiff") respectfully submits this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant uBreakiFix Co ("Defendant") to resolve the claims against it.

2. The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court within sixty (60) days.

Respectfully submitted,

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
FBN: 628166
8950 SW 74th Court, Suite 2201
Miami, FL 33156
T:  305-351-2014
cc@cunninghampllc.com

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                                        */s/ J. Courtney Cunningham*
                                        J. Courtney Cunningham, Esq.