UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-22115-CMA

WINDY LUCIUS,

    Plaintiff,

v.

UBREAKIFIX CO,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Windy Lucius, hereby voluntarily dismisses this action with prejudice and without costs and/or fees) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

Dated: July 22, 2020

                                              */s/ J. Courtney Cunningham*
                                              J. Courtney Cunningham, Esq.
                                              J. COURTNEY CUNNINGHAM, PLLC
                                              FBN: 628166
                                              8950 SW 74th Court, Suite 2201
                                              Miami, Florida 33156
                                              T:  305-351-2014
                                              cc@cunninghampllc.com
                                              *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on July 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

              */s/ J. Courtney Cunningham*
              J. Courtney Cunningham, Esq.